```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 38397
   CHRISTOPHER A ORLOWSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7743
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/19/05 and confirmed on 11/04/05.

   2.  The case was dismissed after confirmation, 07/11/2008.

   3.  The Debtor paid a total of $ 13725.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 3265.34 | .00 | 3265.34 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2235.77 | .00 | 1623.09 |
| ASSET ACCEPTANCE CORP | UNSECURED | 283.60 | .00 | 205.89 |
| CITY FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| COMED | FILED LATE | .00 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALT INC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 217.49 | .00 | 157.89 |
| ACC LLC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 4887.00 | .00 | 4887.00 |
| R DANIEL LYONS & ASSOC | REIMBURSEMENT | 34.00 | .00 | 34.00 |

          Summary of disbursements:
---
             SECURED       PRIORITY     UNSECURED        OTHER         TOTAL

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         8152.34          34.00         2736.86          .00     10923.20
PRINCIPAL PAID             8152.34          34.00         1986.87          .00     10173.21
INTEREST PAID                  .00            .00             .00          .00          .00
TOTAL PAID                 8152.34          34.00         1986.87          .00     10173.21
```
The Debtor's attorney, R DANIEL LYONS & ASSOC         , was allowed $   2988.75
and was paid $    2988.75 .

The Trustee received $     563.04 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 38397 CHRISTOPHER A ORLOWSKI